UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-2126 MMM (JCG) | Date | February 27, 2015 |
|---|---|---|---|
| Title | *Jessica McKinnon v. Carolyn W. Colvin, Acting Commissioner of Social Security* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Petitioner:  Attorneys Present for Respondent:

None Appearing  None Appearing

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

On December 15, 2014, Plaintiff was granted until February 6, 2015, to file her Motion for Summary Judgment. Plaintiff has failed to do so.

Accordingly, within **twenty-eight days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.

If Plaintiff files her Motion for Summary Judgment by **March 27, 2015**, she need not separately respond to this Order to Show Cause.

In such case, Defendant shall file her cross-motion for summary judgment by **April 27, 2015**. Plaintiff may reply to Defendant's cross-motion by **May 11, 2015**.

    **IT IS SO ORDERED**.

cc: Parties of Record

00 : 00

Initials of Clerk   kh