UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-2126 MMM (JCG) | Date | April 10, 2015 |
|---|---|---|---|
| Title | *Jessica McKinnon v. Carolyn W. Colvin, Acting Commissioner of Social Security* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Appearing | None Appearing |

Proceedings:     **(IN CHAMBERS) SECOND ORDER TO SHOW CAUSE WHY ACTION
SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE
AND/OR COMPLY WITH COURT ORDERS**

In this action, Plaintiff seeks review of the denial of her late husband's application for social security disability benefits.[1]  [*See* Dkt. No. 3.]

On February 27, 2015, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed after Plaintiff failed to file her Motion for Summary Judgment ("MSJ").  [Dkt. No. 20.]

Plaintiff was advised that if she filed her MSJ by March 27, 2015, she did not need to separately respond to the OSC.  [*Id.*]

As of today, Plaintiff has failed to file her MSJ, or otherwise respond to the OSC.

Instead, on March 27, 2015, Plaintiff filed a *new* complaint, in which she purported to challenge – by means of an entirely new action – the denial of her husband's application for social security disability benefits.[2]  [*See* C.D. Cal. Case No. ED CV 15-0599 MMM (JCG), Dkt. No. 1 at 1, 3.]

---

[1]     Plaintiff was substituted as the party of record following her husband's death in 2014.  [*See* Dkt. No. 17.]

[2]     The Court has recommended that Plaintiff's concurrent request to proceed *in forma pauperis* be denied on the grounds that her proposed complaint is (1) duplicative and (2) untimely.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-2126 MMM (JCG) | Date | April 10, 2015 |
|---|---|---|---|
| Title | *Jessica McKinnon v. Carolyn W. Colvin, Acting Commissioner of Social Security* | | |

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, a district court may *sua sponte* dismiss an action for failure to prosecute or failure to comply with a court order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-32 (1962).

Here, Plaintiff has failed to respond to two consecutive orders, including the OSC. [*See* Dkt. Nos. 19, 20.]

Accordingly, within **fourteen days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE** – that is, to explain, in writing, why she has failed to file her MSJ or otherwise respond to the OSC.

Alternatively, if Plaintiff files her MSJ by **April 24, 2015**, she need not separately respond to this Order to Show Cause.

**Plaintiff is warned that her failure to timely file her MSJ or otherwise respond to this Order may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED**.

cc: Parties of Record

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Clerk | | kh | |