**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JESSICA MCKINNON,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

Defendant.

Case No. ED CV 13-2126 MMM (JCG)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. Plaintiff filed no objections to the Report and Recommendation.

//

//

//

//

//

//

//

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

2. Judgment be entered dismissing this action without prejudice; and

3. The Clerk serve copies of this Order on the parties.

DATED: July 15, 2015

Margaret M. Morrow

HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE