JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MCKINNON,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br>　　　　Defendant. | Case No. ED CV 13-2126 MMM (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 15, 2015

_Margaret M. Morrow_
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE